**WANG, GAO & ASSOCIATES, P.C.**
Heng Wang, Esq. (HW 0786)
36 Bridge Street
Metuchen, NJ 08840
Tel:   (732) 767-3020
Fax:   (732) 352-1419
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Yunjie Deng, Jianwei Zhao, Yanxue Liang, Keqing Song, Feng Yay Yeng a/k/a Fengyan Yang, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> The Dolar Shop Restaurant Group LLC d/b/a The Dolar Shop Hot Pot, Dolar Shop USA, LLC d/b/a The Dolar Shop Hot Pot, Tzu Yen Cheung a/k/a Tzu Y. Cheung a/k/a Tzu Cheung a/k/a Ken Y. Cheung a/k/a Ken Cheung, Yu Zhang a/k/a Suzie Zhang, Lili Shen, John Doe 1-5, Company ABC 1-5 <br><br> Defendants. | **CIVIL ACTION** <br><br> **Case No.: 3:19-cv-21775-FLW-DEA** |

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

    **PLEASE TAKE NOTICE** that Plaintiffs will move this Court, before the Honorable District Judge Freda L. Wolfson and Honorable Magistrate Judge Zahid N. Quraishi in the United States District Court for the District of New Jersey, located at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, on a date and time to be determined by the Court, for an order granting Plaintiffs' Motion for Default Judgment.

    **PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the within Notice of Motion, Memorandum of Law, Declaration of Heng Wang, and Declaration of Fei Wu.

Dated: August 16, 2020

          By:    /s/ Heng Wang_____
                Heng Wang, Esq.
                *Counsel for Plaintiffs*